No. 15,202.

BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF PUEBLO *v.* CARROL ET AL.
(130 P. [2d] 1055)

Decided October 19, 1942.

Judgment affirmed en banc on application for supersedeas without written opinion, Mr. Justice Hilliard and Mr. Justice Jackson not participating.

Mr. RILEY R. CLOUD, for plaintiff in error.

No appearance for defendant in error.